# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2007

132402

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TOWNSHIP OF ARMADA,
       Plaintiff-Appellee,

v

RAYMOND MARAH and
SUSAN MARAH,
       Defendants-Appellants.

SC: 132402
COA: 268142
Macomb CC: 2004-003132-CE

_____/

     On order of the Court, the application for leave to appeal the September 26, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     CAVANAGH and KELLY, JJ., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2007

Clerk

t1010